**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAKE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CV-00996-ALM** |
| | § | |
| **TAYLOR MORRISON, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S NOTICE OF APPEARANCE OF DAISY RAMIREZ**

Defendant Taylor Morrison, Inc. ("Defendant") hereby gives notice to the Court and all opposing parties that Daisy Ramirez of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., makes her appearance in this case as counsel for Defendant. Ms. Ramirez is admitted to practice in the Eastern District of Texas, and her contact information is as follows:

Daisy J. Ramirez
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Texas State Bar No. 24119121
daisy.ramirez@ogletree.com
301 Congress Avenue, Suite 1150
Austin, TX 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Daisy Ramirez*
Erika L. Leonard
Texas State Bar No. 24110740
erika.leonard@ogletree.com
Emma E. Edmund
Texas State Bar No. 24142859
emma.edmund@ogletree.com
Daisy J. Ramirez
Texas State Bar No. 24119121
daisy.ramirez@ogletree.com
301 Congress Avenue, Suite 1150
Austin, TX 78701
Telephone: (512) 344-4700
Fax: (512) 344-4701

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of August, 2026, a true and correct copy of the foregoing has been served on counsel of record via email:

Justin V. Sumner
jsumner@sumnerlaw.com
Amanda Bridson
abridson@sumnerlaw.com
Sumner Law, LLP
6125 Luther Lane, #122
Dallas, Texas 75225

**ATTORNEYS FOR PLAINTIFF**

*/s/ Daisy Ramirez*
Daisy Ramirez