# EXHIBIT A

# DECLARATION OF STUART MEADOWS

I, STUART MEADOWS, declare under penalty of perjury that the following is true and correct and based on my personal knowledge and belief.

1. My name is STUART MEADOWS. My date of birth is May ~~6~~ 1, 1991. I am over 21 years of age, of sound mind, and am fully competent to make this Declaration.

2. The facts stated herein are within my personal knowledge and are true and correct.

3. I was employed by Taylor Morrison from approximately October 2023 to March 2025 as a Project Manager.

4. To the best of my recollection, Ashley Lake began employment with Taylor Morrison in early 2024. I was one of Ms. Lake's supervisors until approximately September or October 2024. Ms. Lake was also supervised by Phillip Cook.

5. Ms. Lake worked out of a trailer in Celina, Texas. Until September or October 2024, I worked out of the Celina, Texas trailer most days of the week.

6. Around September or October 2024, I began working primarily out of locations in Anna and Melissa, Texas, and did not have day-to-day direct supervision over Ms. Lake. I visited the Celina, Texas trailer approximately every three to four weeks. Mr. Cook acted in the capacity of Ms. Lake's day-to-day supervisor.

7. I am aware of rumors spread by Taylor Morrison employees that suggest I had a romantic and/or sexual relationship with Ms. Lake. Unequivocally, I have never had a romantic and/or sexual relationship with Ms. Lake.

8. Ms. Lake and I were co-workers and friends before she became employed by Taylor Morrison.

9. During my employment with Taylor Morrison, I, along with Phillip Cook, spray painted images of two penises and breasts on Ms. Lake's desk. Mr. Cook and I each used the can of spray paint to paint these images. He was an active participant in putting the images on Ms. Lake's desk and was not a passive observer.



Scanned with CamScanner

10. I, along with Phillip Cook, physically removed Ms. Lake's door from her office and carried it away from Ms. Lake's office and placed it near the entrance of the trailer.

11. During and after my employment with Taylor Morrison, Ms. Lake complained to me that Mr. Cook made inappropriate comments towards her and that she felt sexually harassed by his actions.

12. Ms. Lake complained that when Mr. Cook and Wes Walker were together and in her presence, the inappropriate comments intensified.

13. Another onsite witness also informed me that when Mr. Cook and Mr. Walker got together, they harassed Ms. Lake "nonstop."

14. During my employment with Taylor Morrison, I personally observed Phillip Cook make inappropriate comments and gestures towards Ms. Lake.

15. As a result, I had several in-person conversations with Mr. Cook in which I told him to "chill out" and to stop making inappropriate comments towards Ms. Lake.

16. On one occasion, Ms. Lake coughed and Mr. Cook stated, "What's his name," which suggested that Mr. Cook correlated Ms. Lake's coughing with sexual activity.

17. Brian Lux visited the Celina, Texas trailer from time to time and he observed the spray-painted images and the missing door.

18. It is my understanding that Mr. Cook was placed on paid leave during an investigation into Ms. Lake's claims. After he was placed on leave, Mr. Cook called me on two occasions. Mr. Cook complained about being placed on leave, that Ms. Lake had asserted claims against him, and stated he was "trying to help" Ms. Lake at work. This call left me with the impression that Mr. Cook was trying to control the narrative around his actions and get me on his "side" of this dispute.

19. After speaking with Mr. Cook, I heard from other Taylor Morrison employees that Mr. Cook denied any involvement in spray-painting Ms. Lake's desk and removing her door, and has instead blamed me alone for these actions. Mr. Cook was an equal participant in the spray painting and door removal acts and has lied to Taylor Morrison about his involvement and treatment of Ms. Lake.



Scanned with CamScanner

My name is STUART MEADOWS, and I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Grayson County, State of Texas, on this 11th day of ~~June,~~ July 2025.

[signature]

Stuart Meadows



Scanned with CamScanner