# EXHIBIT D

**Marshall, Megan**

**From:** Stuart Meadows <stuartmeadows13@yahoo.com>
**Sent:** Friday, April 10, 2026 4:11 PM
**To:** Leonard, Erika L.
**Subject:** Re: Objection to Subpoena Dated March 30, 2026

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

***[Caution: Email received from external source]***

---

Hi Erika,

I am writing in response to the subpoena served on me on April 1, 2026, by your firm.

I hereby formally object to the subpoena. The requests appear overly broad and seek personal information in connection with a matter in which I am not a party. As a non-party to this litigation, I do not believe there is a valid basis for the requested forensic data recovery of my personal phone.

Sincerely,

Stuart Meadows

On Tuesday, March 31, 2026 at 04:56:09 PM CDT, Stuart Meadows <stuartmeadows13@yahoo.com> wrote:

Hi Erika,

I am writing in response to the subpoena served on me on March 30, 2026, by your firm.

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, including Rules 45(c)(2)(A) and 45(d)(2)(A), I hereby formally object to the subpoena. The subpoena seeks compliance beyond the geographic limits permitted under Rule 45, as I reside outside the 100-mile radius. Additionally, the requests appear overly broad and seek personal information in connection with a matter in which I am not a party.

Accordingly, I object to producing the requested information on these grounds.

Sincerely,
Stuart Meadows