**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ASHLEY LAKE,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:25-CV-00996-ALM** |
| | § | |
| **TAYLOR MORRISON, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OF NONPARTY STUART MEADOWS TO TESTIFY AT A DEPOSITION**

The Court has considered Defendant's Unopposed Motion to Compel Compliance with Subpoena of Nonparty Stuart Meadows to Testify at a Deposition and the arguments of the parties and Nonparty Stuart Meadows. The Court is of the opinion that Defendant's Motion should be granted to the extent set forth below. The Court hereby ORDERS as follows:

It is hereby **ORDERED** that Stuart Meadows must appear at the Ogletree Deakins, 8117 Preston Road, Suite 500, Dallas, Texas 75225, on a date mutually agreeable to the parties to testify at a deposition to be taken in this civil action, but not later than September 30, 2026.

IT IS SO ORDERED AND SIGNED this _____ day of ______________, 2026.

______________________________________
UNITED STATES DISTRICT COURT JUDGE