IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ASHLEY LAKE,<br><br>Plaintiff,<br>vs.<br><br>TAYLOR MORRISON, INC.,<br><br>Defendant. | No.4:25-CV-00996-ALM |

**MEDIATOR'S REPORT**

This case is assigned to the Honorable Amos L. Mazzant, Chief United States District Judge. On February 9, 2026, Chief Judge Mazzant referred this case to the undersigned United States Magistrate Judge for mediation. Doc. No. 8. On August 26, 2026, the undersigned convened the parties for mediation. As a result of the mediation, the parties settled the case.

SIGNED this 3rd day of September, 2026.

Zack Hawthorn
United States Magistrate Judge